IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| JERRY WHITE, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>RUSSELL CORPORATION, )<br>)<br>Defendant. ) | CIVIL ACTION NO. 3:08CV401-SRW<br>(WO) |

**JUDGMENT**

In accordance with the Memorandum Opinion and Order entered on this date, it is the ORDER, JUDGMENT, and DECREE of this court that judgment is entered in favor of defendant and against plaintiff on all of plaintiff's claims. Costs are taxed against plaintiff.

Done, this 10th day of December, 2009.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
CHIEF UNITED STATES MAGISTRATE JUDGE